IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY M. KOEGEL FERTEL-RUST,

    Plaintiff,                                       JUDGMENT IN A CIVIL CASE

v.                                                    11-cv-274-wmc

MILWAUKEE COUNTY TRANSIT
SYSTEM and MILWAUKEE COUNTY,

    Defendants.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

_____        11/9/12
Peter Oppeneer, Clerk of Court                          Date