IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY M. KOEGEL FERTEL-RUST,

    Plaintiff,

v.

MILWAUKEE COUNTY TRANSIT
SYSTEM and MILWAUKEE COUNTY,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-274-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

_Peter Oppeneer_      11/9/12

Peter Oppeneer, Clerk of Court      Date